# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.

**GAGE H. CLAUSEN,**

        **Defendant.**

**FILED UNDER SEAL**

Case no. 6:20-cr-10058-JWB

# INDICTMENT

**THE GRAND JURY ALLEGES**:

### COUNT ONE

**18 U.S.C. § 875(c)**
**(Interstate Communications with Threat to Injure)**

On or about the June 27, 2020, in the District of Kansas, the defendant,

**GAGE H. CLAUSEN,**

knowingly and willfully did transmit in interstate and foreign commerce, a communication via Snapchat, to S.S., an African American juvenile whose identity is known to the Grand Jury, and the communication contained a threat to injure S.S., specifically the defendant's threat stated, "["N" word] id skin you like a fucking coon. Oh shit no difference you're a

filthy farm animal maybe you'd be good probably just get whipped and burned run away marks."

The above threat was in violation of Title 18, United States Code, § 875(c).

**A TRUE BILL**

September 9, 2020                    s/Foreperson
DATE                                 FOREPERSON OF THE GRAND JURY


 s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
stephen.mcallister@usdoj.gov


**It is requested that the trial be held in Wichita, KS**