# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | Case No. 20-10058-01-JWB |
| | ) | |
| GAGE H. CLAUSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States, by and through Alan G. Metzger, Assistant United States Attorney for the District of Kansas, and moves the Court for an order that the Indictment filed on September 9, 2020, be unsealed.

WHEREFORE, the United States requests that the Indictment in the above-captioned case be unsealed.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

s/ Alan G. Metzger
ALAN G. METZGER
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
K.S.Ct.No. 10143
E-mail: alan.metzger@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2020, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system.

                                      s/ Alan G. Metzger
                                      ALAN G. METZGER
                                      Assistant U.S. Attorney