IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | Case No. 20-10058-01-JWB |
| ) | |
| GAGE H. CLAUSEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Indictment filed in this case on September 9, 2020, be unsealed.

_____
HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE